UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 16-43245-399  Chapter 13 |
| | ) | |
| JOSEPHINE MARIE PICKENS | ) | Hearing Date: 07/13/2016 |
| | ) | Hearing Time: 10:00 am |
| | ) | Location: St. Louis, Room 5 North |
| Debtor | ) | |
| | ) | |

**TRUSTEE'S MEMORANDUM REGARDING CONFIRMATION OF 2ND AMENDED PLAN**

   **COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and states he has no objections to confirmation of the 2nd Amended plan.

Dated: September 06, 2016
WDOCNF--KLW

/s/ Kathy Wright
Kathy Wright MO31047
Attorney for Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that the above was served electronically through the Court's system on September 06, 2016, to:

BLUM & RAY LLC
901 N PINE ST
STE 309
ROLLA, MO  65401

And by depositing same in the U.S. Mail, postage pre-paid, addressed to:

JOSEPHINE MARIE PICKENS
1798 DEBBIE LN
OWENSVILLE, MO  65066

/s/ Kathy Wright